# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES of AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No.** |
| | ) | **08-10121-FDS-2** |
| **J. DANIEL LINDLEY,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF RECUSAL

**SAYLOR, J.**

Under 28 U.S.C. § 455(a), a United States District Judge must disqualify himself from any proceeding "in which his impartiality might reasonably be questioned."  In this matter, petitioner has asserted claims of ineffective assistance of counsel of both his trial counsel, Robert Sheketoff, and his appellate counsel, James C. Rehnquist of Goodwin Procter LLP.  Mr. Rehnquist is a personal friend.  Because my impartiality might reasonably be questioned were I to preside in this matter, I hereby disqualify myself from this proceeding.

**So Ordered.**

                                                           /s/ F. Dennis Saylor
                                                          F. Dennis Saylor IV
                                                           United States District Judge

Dated: February 17, 2016